THE STATE EX REL. McCOY, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. McCoy v. Indus. Comm.,*
106 Ohio St.3d 41, 2005-Ohio-3555.]

(No. 2004–1535—Submitted May 10, 2005—Decided July 27, 2005.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Law Office of Thomas Tootle Co., L.P.A., and Thomas Tootle, for appellant.

Jim Petro, Attorney General, and Charissa D. Payer, Assistant Attorney General, for appellee Industrial Commission of Ohio.